**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SUSAN ROCKWELL,

    Plaintiff,

v.                                        No. 18-CV-0722-KG/SMV

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S EXPERT DISCLOSURE DEADLINE FROM MARCH 27, 2019 TO APRIL 26, 2019

THIS MATTER having come before the Court on the parties' *Stipulated Motion to Extend Defendant's Expert Disclosure Deadline from March 27, 2019 to April 26, 2019*, the Court having reviewed the pleadings and being otherwise fully advised, finds that the Motion is well-taken, and is HEREBY GRANTED.

IT IS THEREFORE ORDERED that Defendant's Expert Disclosure Deadline is extended from March 27, 2019 to April 26, 2019.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

00116739

Submitted by,

STIFF, KEITH & GARCIA, LLC

By */s/ John S. Stiff*
  John S. Stiff, Esq.
  Julia Y. Mares, Esq.
  400 Gold Ave. SW, Suite 1300
  Albuquerque, New Mexico 87102-3274
  (505) 243-5755
  jstiff@stifflaw.com
  juliaymares@stifflaw.com
  *Attorneys for Defendant*

Approved by:

LOVETT LAW FIRM

By *e-mail approval 3/14/19*
  Robert Lovett, Esq.
  619 Arizona Avenue
  El Paso, TX 79902
  (915) 757-9999
  rlovett@lovettlawfirm.com