# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SUSAN ROCKWELL,

    Plaintiff,

v.                                            No. 18-CV-0722-KG/SMV

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

    Defendant.

## ORDER GRANTING PLAINTIFF'S FOURTH MOTION TO EXTEND DISCOVERY DEADLINE AND ALL PRETRIAL DEADLINES

THIS MATTER having come before the Court on the parties' *Plaintiff's Fourth Motion to Extend Discovery Deadline and All Pretrial Deadlines,* the Court having reviewed the pleadings and being otherwise fully advised, finds that the Motion is well-taken, and is HEREBY GRANTED.

IT IS THEREFORE ORDERED that the Stipulated Order of July 26, 2019 Doc 38, is amended, based on the agreement of the parties as follows:

(a) Discovery to be complete by March 23, 2020.

(b) Motions relating to discovery filed by April 15, 2020

(c) Pretrial motions other than discovery motions by April 20, 2020.

(d) Proposed Pretrial Order due from the Plaintiff to the Defendant by April 15, 2020

(e) Proposed Pretrial Order due from Defendant to Court by April 29, 2020

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

**Submitted by,**

LOVETT LAW FIRM

By:     */s/ Robert L. Lovett*
        Robert L. Lovett
        619 Arizona Avenue
        El Paso, TX 79902
        915-757-9999
        rlovett@lovettlawfirm.com

**Approved by:**

STIFF, KEITH & GARCIA, LLC


By:     */s/ approved via e-mail on 11/26/2019*
        John S. Stiff, Esq.
        Julia Y. Mares, Esq.
        400 Gold Avenue, SW, Suite 1300
        Albuquerque, New Mexico 87102
        (505) 243-5755
        jstiff@stifflaw.com
        juliaymares@stifflaw.com
        *Attorneys for Defendant*