IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUSAN ROCKWELL,

    Plaintiff,

v.                                                    Civ. No. 18-0722 KG/SMV

STATE FARM MUTUAL AUTOMOBILE INS. CO.,

    Defendants.

**<u>ORDER SETTING A TELEPHONIC STATUS CONFERENCE</u>**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **<u>MONDAY, SEPTEMBER 20, 2021, AT 10:00 AM</u>**.  Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.  Counsel shall be prepared to discuss the setting of a jury trial in this matter.

_____
UNITED STATES DISTRICT JUDGE