IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUZANNE ROCKWELL,

    Plaintiff,

v.                                                    No. 18-CV-0722-KG/SMV

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING IN PART MOTION TO EXTEND DEADLINES

THIS MATTER having come before the Court on the parties Stipulated Motion to Extend Deadlines, the Court having reviewed the pleadings and being otherwise fully advised, finds that the Motion is well-taken, and is HEREBY GRANTED IN PART

IT IS THEREFORE ORDERED that the following deadlines are extended as follows:

| | |
|---|---|
| *Joint Statement* | *February 2, 2022* |
| *Jury Instructions* | *February 1, 2022* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**LOVETT LAW FIRM**

*/s/ Jeffrey McElroy*
**JEFFERY W. McELROY**
**ROBERT L. LOVETT**
541 N. Alameda Blvd.
Las Cruces, New Mexico 88005
(575) 523-5555
jmcelroy@lovettlawfirm.com
*Attorneys for Plaintiff*

Approved by:

STIFF, KEITH & GARCIA, LLC


*authorized to sign – via email*
John S. Stiff
500 Marquette Ave., NW, Suite 1400
Albuquerque, New Mexico 87102
(505) 243-5755
jstiff@stifflaw.com
*Attorney for the Defendant*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this **27th day of January 2022**, the foregoing was electronically filed through CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John S. Stiff, Esq.
400 Gold Avenue, SW, Suite 1300
Albuquerque, New Mexico 87102
(505) 243-5755
jstiff@stifflaw.com
juliaymares@stifflaw.com
*Attorneys for Defendant*

                                                                  */s/ Jeffrey McElroy*
                                                   **JEFFERY W. McELROY**