IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUZANNE ROCKWELL,

    Plaintiff,

vs.                                          No. 18-CV-0722 KG/SMV

STATE FARM MUTUAL AUTOMBILE
INSURANCE COMPANY,

    Defendant.

## ORDER

This matter comes before the Court *sua sponte* and upon notice from defense counsel at a pretrial conference held on February 3, 2022, that his colleague, Lawson Stiff, may assist in this trial as co-counsel and that Mr. Lawson Stiff has been admitted to the State Bar of New Mexico and has applied for admission to the bar of this court. Trial in this case is set to commence March 7, 2022. As a result, and pursuant to N.M.L.R.-Civ 83.2(j) (authorizing temporary waiver of membership for "eligible attorney who has applied for membership, but has not yet been admitted, may seek leave of the Court to represent a party in a specific action"), Mr. Lawson Stiff is hereby granted leave to appear as co-counsel on behalf of Defendant in this case.

    IT SO ORDERED.

                                                             UNITED STATES DISTRICT JUDGE