IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUZANNE ROCKWELL,

    Plaintiff,

v.                                                   No. 18-CV-0722-KG/SMV

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## JUDGMENT

On March 14, 2022, after a trial, the jury returned a verdict for Plaintiff for $60,000.00. (Doc. 131). Subsequently, the Court entered an Order finding the statutory offset found in NMSA § 66-5-301(B) and *Schmick v. State Farm Mut. Auto. Ins. Co.*, 1985-NMSC-073, applied to this case in an amount of $25,000.00. (Doc. 137). The Court additionally entered an Order awarding prejudgment interest of $6,562.60. (Doc. 140). In accordance with Fed. R. Civ. P. 58(a), the Court incorporates the above-referenced documents and enters Judgment in favor of Plaintiff Suzanne Rockwell. Post-judgment interest will run at the statutory rate of 8.75% annually. NMSA § 56-8-4(A).

Plaintiff's recovery is calculated as follows:

| | |
|---|---|
| Jury Verdict | $ 60,000.00 |
| Offset | $ (25,000.00) |
| Principal award | $ 35,000.00 |
| Prejudgment Interest | $ 6,562.50 |
| Total | $ 41,562.50 |

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that final judgment shall be and hereby is entered in this case and Plaintiff shall recover from Defendant $**41, 562.50**.

_____
UNITED STATES DISTRICT JUDGE